UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Julie A. Su

                Plaintiff,

v.                                             Case No.: 1:23−cv−05935
                                                     Honorable Elaine E. Bucklo

Joshua Herion

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 3, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Secretary of Labor's motion for entry of default [9] is granted. The Clerk of Court is directed to enter default against Defendant Joshua Herion d/b/a ECS Roofing Professionals, Inc. under Rule 55(a). The Scheduling Conference and its Rule 26(f) report are stricken. Status hearing set for 12/4/2023 at 9:45 a.m. (to track the case only; no appearances required). Plaintiff's written status report due 11/27/2023. The court will enter an order based on the report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.