UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>JOSHUA HERION d/b/a ECS ROOFING PROFESSIONALS, INC.,<br><br>Defendant. | Case No. 1:23-cv-05935<br><br>Honorable Elaine E. Bucklo |

## ORDER GRANTING JUDGEMENT BY DEFAULT AGAINST DEFENDANT

Having received a *Motion for Judgment by Default Against Defendant* filed by Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor, and default having been previously entered Defendant Joshua Herion doing business as ECS Roofing Professionals, Inc., for failure to plead or otherwise defend in this action, and Defendant having failed to appear, the Plaintiff's Motion for Judgment by Default against Defendant is hereby **GRANTED.** Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, **IT IS SO ORDERED** that the Clerk of Court shall enter judgment in favor of Plaintiff and against Defendant in the amount of $365,576, composed of $360,531 in unpaid civil money penalties and $5,045 in costs, with interest accruing from the date of judgment at the statutory rate pursuant to 28 U.S.C. § 1961 until the judgment is satisfied.

This Court shall retain jurisdiction of this matter to enforce the terms of this judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

Date: 1/19/24

Signed: *[signature]*
**HONORABLE ELAINE E. BUCKLO**
District Court Judge